UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-611-JST(PJWx)                           Date:  November 1, 2011
Title:  Posung Yoon, etc. v. Chan Ho Lee, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Nancy Boehme   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

     Not Present                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR
                             FAILURE TO FILE JOINT 26(F) REPORT**

On October 6, 2011, this Court issued an Order to Show Cause as to why the parties failed to comply with the Court's Order Setting Scheduling Conference (Doc. 28), requiring the parties to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order.

Upon review of the responses filed to the OSC, this Court issued and order discharging the OSC and continued the Scheduling Conference to November 14, 2011 (Doc. 36).  The parties were ordered to submit their Joint Rule 26 (f) Report and ADR-01 Form and Order, no later than 14 days before the Scheduling Conference.  To date the reference documents have not been filed.

The Court hereby orders Plaintiff, Posung Yoon and counsel for Defendants to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order.  No later than **November 4, 2011,** Plaintiff and counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and Order, and a separate written response explaining why they have again failed to comply with the Court's filing deadlines.

Initials of Preparer:  nkb

**CIVIL MINUTES – GENERAL**                                            1