___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-611-JST (PJWx)                                         Date:  November 10, 2011
Title:  Posung Yoon, etc. v. Chan Ho Lee, etc., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                               Attorneys Present for Defendant:

Not Present                                                            Not Present

**Proceedings:**      (In Chambers) ORDER TO SHOW CAUSE

    As of the date of this Order, Plaintiff has failed to comply with the Court's orders dated October 13, 2011 (Doc. 36) and November 1, 2011 (Doc. 37) regarding the filing of a Joint 26(f) Report.  On November 8, 2011, Defendants filed a response indicating Plaintiff's refusal to cooperate in the filing of the Report (Doc. 38).

    The Court now issues this final Order to Show Cause as to why this action should not be dismissed.  A response to this Order to Show Cause is due no later than November 16, 2011.  Failure to respond will result in the dismissal of this action.

    The Scheduling Conference currently set for November 14, 2011 at 1:30 p.m. is ordered vacated.

Initials of Preparer:  nkb

___