UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-611-JST (PJWx)                                           Date:  July 19, 2012
Title:  POSUNG YOON, etc. v. CHAN HO LEE, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                            Not Present

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW

     On December 6, 2011, the Court issued an Order on Jury Trial that ordered the parties to lodge a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Doc. 48.) To date, the Court has not received the referenced document from any party.

     Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document.  No later than **July 23, 2012**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  enm