UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-611-JST (PJWx)            Date: June 17, 2013
Title: Posung Yoon v. Chan Ho Lee, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                            Not Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SETTLEMENT NEGOTIATIONS**


      On February 4, 2013, the Court Granted in Part and Denied in Part Defendants' Motion for Summary Judgment ("Summary Judgment Ruling"). (Doc. 121.) The Court's Order on Jury Trial notes that it is the Court's policy to "encourage disposition of civil litigation by settlement when such is in the best interest of the parties." (Order on Jury Trial at 2, Doc. 48) It appears to the Court that the parties may not have engaged in a further settlement conference or mediation since the Court's Summary Judgment Ruling. If the parties participated in a settlement conference or mediation after the Court's Summary Judgment Ruling, then the parties are ORDERED to inform the Court of the date on which the conference or mediation was conducted and the participants. If the parties have not engaged in a settlement conference or mediation since the Court's ruling, then the parties are ORDERED to attempt settlement negotiations prior to the Final Pretrial Conference scheduled for July 12, 2013. The parties are ORDERED to contact their selected panel mediator, Joseph Markowitz, within the next five days to schedule a date for a further settlement negotiation. The parties must inform the Court of the date selected for the negotiation within three days of setting the date.


                                                         Initials of Preparer: tg