UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-611-JST (PJWx)                               Date:  June 27, 2013
Title:  Posung Yoon v. Chan Ho Lee, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
   Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO RESPOND TO OSC AND FAILURE TO FILE REQUIRED FINAL PRETRIAL CONFERENCE DOCUMENTS**

      On June 17, 2013, the Court issued an Order to Show Cause re Settlement Negotiations ("OSC").  (Doc. 125.)  The parties were ordered to either (1) inform the Court that they had participated in a settlement conference or mediation after this Court's ruling on Defendants' Motion for Summary Judgment or (2) if such settlement negotiations had not occurred, "contact their selected panel mediator, Joseph Markowitz, within the next five days to schedule a date for a further settlement negotiation" and "inform the Court of the date selected for the negotiation within three days of setting the date."  (*Id.*)  It has now been nine days since this OSC was issued and the parties have failed to comply.

      Further, the Final Pretrial Conference in this case is scheduled for July 12, 2013.  The parties were required to file Memoranda of Contentions of Fact and Law by Friday, June 21, 2013.  (Order on Jury Trial at 3, Doc. 48 ("The Memoranda of Contentions of Fact and Law will be served no later than twenty-one (21) calendar days before the Final Pretrial Conference.".)

      Accordingly, the Court orders the parties to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to reply to the Court's OSC and timely file the referenced trial documents.  **No later than June 28, 2013, at 12:00 p.m.**, counsel shall comply with the Court's June 17 OSC, file their Memoranda of Contentions of Fact and Law if the parties are intending to proceed to trial, and provide a separate written response explaining their disregard of the Court's Orders.

      Initials of Preparer:  tg