FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSUNG YOON, | Case No. SACV 11-00611-PJW |
| Plaintiff, | JUDGMENT |
| v. | |
| CHAN HO LEE, et al., | |
| Defendants. | |

Pursuant to the Order entered this day, the Court hereby enters Judgment in favor of Plaintiff and against Defendants (Xiu Hong Yang, Won Sun Woo, Chan Ho Lee, Jee Hwan Ahn, Seung Won Choi, Patty Coyle, and Sang Heum Moon) in the amount of $80,000, joint and several.

DATED: Sept. 29, 2014.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Yoon v. Lee\judgment.wpd